HAROLD M. JAFFE, ESQ.
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

ORIGINAL E-filing

Attorney for Defendant VICTORIA RANDLETT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD J. HITCH,

    Plaintiff,

vs.

VICTORIA RANDLETT, and DOES 1 through 50, inclusive,

    Defendants.

CASE NO. CV 08 1397 MHP

[Alameda County Superior Court Case No. RG08-370390]

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 11, 2008

_____
HAROLD M. JAFFE, ESQ., Attorney for Defendant
VICTORIA RANDLETT