HAROLD M. JAFFE, ESQ.
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendant VICTORIA RANDLETT

**ORIGINAL**

**E-filing**

FILED
08 MAR 12 AM 9:38

MHP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 1897

RONALD J. HITCH,

    Plaintiff,

vs.

VICTORIA RANDLETT, and DOES 1 through 50, inclusive,

    Defendants.
_____/

CASE NO.

[Alameda County Superior Court Case No. RG08-370390]

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [CIVIL LOCAL RULE 3-13]**

    Pursuant to Civil Local Rule 3-13, the undersigned certifies that as of this date, there are no other actions or proceedings to report.

DATED: March 11, 2008

_____
HAROLD M. JAFFE, ESQ., Attorney for Defendant
VICTORIA RANDLETT

1
NOTICE OF PENDENCY OF OTHER ACTIONS/PROCEEDINGS