1  HAROLD M. JAFFE, ESQ.
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125

**ORIGINAL**  **E-filing**  **FILED** 08 MAR 12 AM 9:38 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT N. DIST. OF CALIFORNIA

4
   Attorney for Defendant VICTORIA RANDLETT
5

6                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                                                          **MHP**
8  RONALD J. HITCH,                    CASE NO.
9
                                       [Alameda County Superior Court Case No. RG08-
10      Plaintiff,                     370390]

11  vs.                                **CERTIFICATE OF SERVICE OF NOTICE TO
                                       ADVERSE PARTY OF REMOVAL TO
12                                     FEDERAL COURT**
    VICTORIA RANDLETT, and DOES 1
13  through 50, inclusive,

14
        Defendants.
15  _____/

16      I am a resident of the State of California, over the age of 18 years, and not a party to the

17  within action. I am an employee of Harold M. Jaffe, and my business address is 3521 Grand

18  Avenue, Oakland, CA 94610.

19      On March 12, 2008, I caused to be served by mail the following documents:

20      ~CIVIL COVER SHEET;

21      ~DEFENDANT'S NOTICE OF REMOVAL OF ACTION AND DEMAND FOR JURY

22  TRIAL-RULE 3-6;

23      ~DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;

24      ~DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS OR

25  PROCEEDINGS

26      I am readily familiar with the business practice at my place of business for collection and

27  processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected

28  and processed is deposited with the U.S. Postal Service that same day in the ordinary course of

1  business.

2  On March 12, 2008, at my place of business in Oakland, California, I placed the envelope

3  containing the above-mentioned document(s) for collection and mailing following ordinary business

4  practice.

5  I enclosed a true and correct copy of said documents in an envelope, addressed as follows:

Jefferson Frazier, Esq.
LAW OFFICES OF JEFFERSON FRAZIER
3824 Grand Avenue, Ste. 200
Oakland, CA 94610

_____
BEVERLY BAKER