1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendant VICTORIA RANDLETT
5

6              **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7

8

9  RONALD J. HITCH,                    CASE NO. C08-01397 MHP

10          Plaintiff,                 [Alameda County Superior Court Case No. RG08-370390]

11  vs.                                **EX PARTE MOTION TO CHANGE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
12
    VICTORIA RANDLETT, and DOES 1
13  through 50, inclusive,             **[LOCAL RULE 6-3]**

14                                     **ON PAPERS ONLY**
            Defendants.
15  _____/

16          I, HAROLD M. JAFFE, declare:

17          1.      I am an attorney at law duly licensed practice in all courts of the state of California

18  and am attorney of record for defendant VICTORIA RANDLETT ("RANDLETT") herein.

19          2.      The matters stated herein are within my own personal knowledge and if called as a

20  witness, I could and would competently testify thereto.

21          3.      This action was initiated by plaintiff RONALD J. HITCH ("HITCH") in the Alameda

22  County Superior Court on February 8, 2008. According to Jefferson Frazier, attorney for HITCH,

23  defendant RANDLETT, a resident of Nevada, received the complaint by certified mail on February

24  14, 2008.

25          4.      On March 12, 2008, RANDLETT removed this case from the Alameda County

26  Superior court to this court.

27          5.      On March 12, 2008, your declarant, asked Mr. Frazier for an extension of time or up

28  through and including April 1, 2008, to respond to plaintiff's complaint.

1  6. On March 13, 2008, Mr. Frazier responded to your declarant's request for an extension by email, stating that such an extension would be granted to "answer" only.

7. After receiving Mr. Frazier's March 13, 2008 email, your declarant spoke to Mr. Frazier and stated that this Court had a standing order that motions to dismiss shall not be filed prior to the case management conference, except by leave of court, and that your declarant wanted to investigate certain aspects of plaintiff's complaint as to whether a motion was appropriate at this time, including the partition claim, which has resulted in the filing of a lis pendens.

8. After meeting and conferring, your declarant and Mr. Frazier were unable to come to an agreement, and therefore, your declarant is requesting that this Court extend the time for RANDLETT to respond to plaintiff's complaint to up through and including April 1, 2008.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and this declaration is executed on March 14, 2008, at Oakland, California.

_____
HAROLD M. JAFFE