**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendant VICTORIA RANDLETT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HITCH, | CASE NO. C08-01397 MHP |
| Plaintiff, | [Alameda County Superior Court Case No. RG08-370390] |
| vs. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION TO CHANGE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| VICTORIA RANDLETT, and DOES 1 through 50, inclusive, | |
| | **[LOCAL RULE 6-3]** |
| Defendants. | **ON PAPERS ONLY** |

As set forth in the Ex Parte Motion to Change Time for Defendant to Respond to Plaintiff's Complaint ("Motion"), served and filed herewith, this case was filed on February 8, 2008, in Alameda County Superior Court, and defendant VICTORIA RANDLETT ("RANDLETT"), a resident of Reno, Nevada, County of Washoe, received the complaint by certified mail on or about February 14, 2008 (Motion, ¶3). On March 12, 2008, RANDLETT removed this case to this court (Motion, ¶4).

Pursuant to FRCP 81(C)(2)(C), RANDELETT's response to plaintiff's complaint is due on March 17, 2008. RANDLETT, through counsel, has requested a fifteen day extension to respond (Motion, ¶5), and plaintiff, RONALD J. HITCH ("HITCH"), through his counsel, Jefferson Frazier, indicated that an extension would be given only if defendant answered the complaint (Motion, ¶6). Therefore, defendant RANDLETT is applying to this Court for a fifteen day extension to answer or otherwise respond to plaintiff's complaint and is mindful of this Court's Standing Order No. 4

1 concerning the timing of motions to dismiss, except by leave of court.

2 RANDLETT desires the requested time to properly and fully investigate whether any motions should be filed prior to answering the complaint, and to the extent the motion would be encompassed in Standing Order No. 4, leave of court would be requested prior to filing such a motion.

As set forth in the Motion, served and filed herewith, the parties, through counsel, have met and conferred in an attempt to reach a stipulation concerning the requested relief, but have been unable to do so.

There will be no change in any of the dates set forth in the Case Schedule-ADR Multi-Option Program received at the time the case was removed, nor, can RANDLETT think of any prejudice to HITCH if the requested relief is granted. RANDLETT has made no previous applications to this Court to change time.

Based on the above, RANDLETT respectfully submits that her Ex Parte Motion to Change Time for Defendant to Respond to Plaintiff's Complaint up through and including April 1, 2008, be GRANTED.

Respectfully submitted,

DATED: March 14, 2008        By: _____
                             HAROLD M. JAFFE, ESQ., Attorney for Defendant
                             VICTORIA RANDLETT