**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendant VICTORIA RANDLETT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. HITCH, | CASE NO. C08-01397 MHP |
| Plaintiff, | [Alameda County Superior Court Case No. RG08-370390] |
| vs. | **[PROPOSED]** **ORDER CHANGING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| VICTORIA RANDLETT, and DOES 1 through 50, inclusive, | **[LOCAL RULE 6-3]** |
| Defendants. | **ON PAPERS ONLY** |

GOOD CAUSE APPEARING;

**IT IS HEREBY ORDERED** that defendant VICTORIA RANDLETT shall have up through and including April 1, 2008, to respond to plaintiff's complaint.

DATED: _____    _____
HONORABLE MARILYN H. PATEL, UNITED STATES DISTRICT COURT JUDGE