**FILED**

MAR 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD J. HITCH,

    Plaintiff(s),

vs.

VICTORIA RANDLETT, et al.,

    Defendant(s).
_____/

No. C-08-1397 MHP

**ORDER RE FURTHER PLEADING**

    Plaintiff filed this action in the Superior Court for the County of Alameda and it was removed to this court premised on diversity jurisdiction. The notice of removal cites to 28 U.S.C. section 1332(d) as the basis; however, that subsection relates to class actions and this is not a class action. It would appear that jurisdiction, if it exists, would be premised on subsection (a) which governs actions between "citizens" of different states. It is hornbook law that the statute looks to the citizenship of the parties, not the residency. They are not the same. See Snell v. Cleveland, Inc., 316 F.3d 822, 824 (9th Cir. 2002); Jeffcott v. Donovan, 135 F.2d 213 (9th Cir. 1943).

    In her notice of removal, defendant alleges only the "residence" of herself and references the complaint which alleges only that plaintiff is a "resident" of Alameda County. It may well be that plaintiff is not only a resident of Alameda County, but also a citizen of that County and that defendant is not only a resident of Nevada, but also a citizen of Nevada. However, it is citizenship, that governs this court's jurisdiction and must be alleged. It is axiomatic that this goes to the heart

of this court's subject matter jurisdiction and thus, the court raises this issue *sua sponte*  Therefore,

IT IS HEREBY ORDERED that within ten (10) days of the date of this order defendant shall file a proper notice of removal that alleges the citizenship of the parties and if the citizenship of each is in a different state the jurisdictional requirements may be satisfied, absent any other defect.

If, however, the parties are *citizens* of the same state, the action must be remanded to the state court.

Date: March 14, 2008

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California