1    **HAROLD M. JAFFE, ESQ.**
     CASB #57397
2    3521 Grand Avenue
     Oakland, CA 94610
3    Tel: (510) 452-2610
     Fax: (510) 452-9125
4
     Attorney for Defendant VICTORIA RANDLETT
5

6

7                    **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8                      **SAN FRANCISCO DIVISION**

9

10
     RONALD J. HITCH,                    CASE NO. C08-01397 MHP
11
                                         [Alameda County Superior Court Case No. RG08-
12         Plaintiff,                    370390]

13   vs.                                 [~~PROPOSED~~]
                                         **ORDER CHANGING TIME FOR DEFENDANT**
14                                       **TO RESPOND TO PLAINTIFF'S COMPLAINT**

15   VICTORIA  RANDLETT,  and  DOES 1          **[LOCAL RULE 6-3]**
     through 50, inclusive,
16                                              **ON PAPERS ONLY**

17         Defendants.
     _____/
18

19         GOOD CAUSE APPEARING; AND THIS COURT HAVING ISSUED AN ORDER
     REQUIRING AMENDMENT OF COMPLAINT:
20         **IT IS HEREBY ORDERED** that defendant VICTORIA RANDLETT shall have up ~~through~~
     twenty (20) days from the filing of the amended complaint
21   ~~and including April 1, 2008,~~ to respond to ~~plaintiff's~~ complaint.
                                         that
22

23

24

25   DATED: ___3/18/2008_____

26                                     HONORABLE                          UNITED
                                       STATES DIS      Judge Marilyn H. Patel
27

28
                                         1
     _____
              ORDER CHANGING TIME FOR DEF TO RESPOND TO PLF'S COMPLAINT