UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD J. HITCH

            No. C 08-01397 MHP

V.

            STPULATION AND ORDER
            CONTINUING CASE
VICTORIA RANDLETT     MANAGEMENT CONFERENCE
            AND RULE 26 REPORT


    STIPULATION

The parties, through their respective counsel, hereby stipulation that the Rule 26 report

Deadline be continued to June 27, 2008, and that the Case Management Conference set

For June 16, 2008 be continued to September 22, 2008 at 4 pm.

The reason for this request is to allow the parties to complete private mediation as

Provided in the Court's order by stipulation before beginning trial preparation.

Dated: June 6, 2008    ___/s/_____
           JEFFERSON FRAZIER
           Attorney for Plaintiff HITCH

Dated: June 6, 2008    ___/s/_____
           HAROLD W. JAFFE
           Attorney for Defendant RANDLETT

    ORDER

The stipulation is approved and made an order of this Court.

Dated: _____

           _____
           Hon. Marilyn Hall Patel, Judge