UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD J. HITCH

No. C 08-01397 MHP

V.

STPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RULE 26 REPORT

VICTORIA RANDLETT

STIPULATION

The parties, through their respective counsel, hereby stipulation that the Rule 26 report

Deadline be continued to June 27, 2008, and that the Case Management Conference set

For June 16, 2008 be continued to September 22, 2008 at 4 pm.

The reason for this request is to allow the parties to complete private mediation as

Provided in the Court's order by stipulation before beginning trial preparation.

Dated: June 6, 2008       ___/s/_____
                          JEFFERSON FRAZIER
                          Attorney for Plaintiff HITCH

Dated: June 6, 2008       ___/s/_____
                          HAROLD W. JAFFE
                          Attorney for Defendant RANDLETT

ORDER

The stipulation is approved and made an order of this Court.

Dated: June 10, 2008

_____
Hon. Marilyn Hall Patel

IT IS SO ORDERED
Judge Marilyn H. Patel