1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendant VICTORIA RANDLETT
5
6
7
8              **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9
10 RONALD J. HITCH,                    CASE NO. C08-01397 MHP

11      Plaintiff,                    [Alameda County Superior Court Case No. RG08-370390]
   vs.
12                                    **STIPULATION AND ORDER TO ALLOW FILING OF FIRST AMENDED ANSWER**
   VICTORIA RANDLETT, and DOES 1
13 through 50, inclusive,

14      Defendants.
   _____/
15 VICTORIA RANDLETT,

16      Counterclaimant,

17 vs.

18 RONALD J. HITCH,

19      Counterdefendant.
   _____/
20

21      **IT IS HEREBY STIPULATED** by and between the parties that defendant/counterclaimant,

22 VICTORIA RANDLETT, upon approval by the Court, will file a First Amended Answer to

23 plaintiff's complaint, a true and correct copy of which is attached hereto as **Exhibit A**.

24      This stipulation may be executed in counterparts, each of which shall be deemed an original,

25 but all of which, together, shall constitute one and the same document.

26 ///

27 ///

28 ///

1
STIPULATION ALLOWING DEFENDANT TO FILE A FIRST AMENDED ANSWER

1  This stipulation shall be effective when signed by facsimile.  The parties shall exchange
2  original signatures; however, the failure to exchange original signatures shall not affect in any
3  manner the validity of any document signed by facsimile.

5  DATED: June 18, 2008                          ____/S/_____
                                                 JEFFERSON FRAZIER, ESQ., Attorney for
6                                                Plaintiff/counterdefendant RONALD J. HITCH

8  DATED: June 16, 2008                          ____/S/_____
                                                 HAROLD M. JAFFE, ESQ. Attorney for
                                                 Defendant/countercliamant VICTORIA
9                                                RANDLETT

11                                          **ORDER**

12       IT IS SO ORDERED.

14  DATED: _6/20/2008_____

                                                 THE HONORABLE MARILYN H. PATEL,
                                                 UNITED STATES DISTRICT COURT
                                                 JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

---

2
STIPULATION ALLOWING DEFENDANT TO FILE A FIRST AMENDED ANSWER