1  **HAROLD M. JAFFE, ESQ.**
CASB #57397
2  3521 Grand Avenue
Oakland, CA 94610
3  Tel: (510) 452-2610
Fax: (510) 452-9125
4
Attorney for Defendant VICTORIA RANDLETT
5

6

7

8  **UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9
   RONALD J. HITCH,                          CASE NO. C08-01397 MHP
10
          Plaintiff,                         [Alameda County Superior Court Case No. RG08-
11                                           370390]
   vs.
12                                           **STIPULATION AND ORDER CONTINUING
   VICTORIA RANDLETT, and DOES 1             CASE MANAGEMENT CONFERENCE**
13 through 50, inclusive,

14        Defendants.
                                        /
15 VICTORIA RANDLETT,

16        Counterclaimant,

17 vs.

18 RONALD J. HITCH,

19        Counterdefendant.
                                        /
20

21        **IT IS HEREBY STIPULATED** by and between the parties that the Case Management

22 Conference set for September 22, 2008 at 4:00 p.m., to a date available on the Court's calendar after

23 November 3, 2008. The reason for this request is to allow the parties to complete private mediation

24 as provided in the Court's order by stipulation before beginning trial preparation. Due to the parties'

25 schedules, a mediation will be set in this matter at a time after November 15, 2008.

26        This stipulation may be executed in counterparts, each of which shall be deemed an original,

27 but all of which, together, shall constitute one and the same document.

28 ///

1  This stipulation shall be effective when signed by facsimile.  The parties shall exchange
2  original signatures; however, the failure to exchange original signatures shall not affect in any
3  manner the validity of any document signed by facsimile.

6  DATED: September 5, 2008            _____/S/_____
                                        JEFFERSON FRAZIER, ESQ., Attorney for
7                                       Plaintiff/counterdefendant RONALD J. HITCH

9
10 DATED: September 5, 2008            _____/S/_____
                                        HAROLD M. JAFFE, ESQ. Attorney for
                                        Defendant/counterclaimant VICTORIA
11                                      RANDLETT

13                                    **ORDER**

14  IT IS SO ORDERED, that the Case Management Conference set on September 22, 2008, at
15  4:00 p.m., is hereby continued to November ___, 2008, at _____ __m.

18  DATED: _____      _____
                                        THE HONORABLE MARILYN H. PATEL,
19                                      UNITED STATES DISTRICT COURT
                                        JUDGE