1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendant VICTORIA RANDLETT
5

6

7

8  **UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10 RONALD J. HITCH,                         CASE NO. C08-01397 MHP

11     Plaintiff,                           [Alameda County Superior Court Case No. RG08-370390]

12 vs.
                                            **STIPULATION AND ORDER CONTINUING**
13 VICTORIA RANDLETT, and DOES 1            **CASE MANAGEMENT CONFERENCE**
   through 50, inclusive,
14
       Defendants.
15 _____/
   VICTORIA RANDLETT,
16
       Counterclaimant,
17
   vs.
18
   RONALD J. HITCH,
19
       Counterdefendant.
20 _____/

21     **IT IS HEREBY STIPULATED** by and between the parties that the Case Management

22 Conference set for September 22, 2008 at 4:00 p.m., to a date available on the Court's calendar after

23 November 3, 2008.  The reason for this request is to allow the parties to complete private mediation

24 as provided in the Court's order by stipulation before beginning trial preparation.  Due to the parties'

25 schedules, a mediation will be set in this matter at a time after November 15, 2008.

26     This stipulation may be executed in counterparts, each of which shall be deemed an original,

27 but all of which, together, shall constitute one and the same document.

28 ///

---
1
STIPULATION ALLOWING DEFENDANT TO FILE A FIRST AMENDED ANSWER

1    This stipulation shall be effective when signed by facsimile.  The parties shall exchange
2    original signatures; however, the failure to exchange original signatures shall not affect in any
3    manner the validity of any document signed by facsimile.

6    DATED: September 5, 2008                    ____/S/_____
                                                  JEFFERSON FRAZIER, ESQ., Attorney for
7                                                 Plaintiff/counterdefendant RONALD J. HITCH

9    DATED: September 5, 2008                    ____/S/_____
10                                                HAROLD M. JAFFE, ESQ. Attorney for
                                                  Defendant/counterclaimant VICTORIA
11                                                RANDLETT

13                                    **ORDER**

14   IT IS SO ORDERED, that the Case Management Conference set on September 22, 2008, at
15   4:00 p.m., is hereby continued to November _24_, 2008, at _4:00_ p_m.

18   DATED: _9/9/2008_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*