1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendant/Counterclaimant VICTORIA RANDLETT
5

#### UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HITCH, | CASE NO. C08-01397 MHP |
| Plaintiff, | [Alameda County Superior Court Case No. RG08-370390] |
| vs. | |
| VICTORIA RANDLETT, and DOES 1 through 50, inclusive, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |
| VICTORIA RANDLETT, | |
| Counterclaimant, | |
| vs. | |
| RONALD J. HITCH, | |
| Counterdefendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the Case Management Conference set for November 24, 2008 at 4:00 p.m., to a date available on the Court's calendar to January 5, 2009, or thereafter. The reason for this request is to allow the parties to memorialize a tentative settlement agreement. Therefore, we request that the Case Management Conference be continued to a date commencing with January 5, 2009, or a date thereafter.

This stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which, together, shall constitute one and the same document.

///

This stipulation shall be effective when signed by facsimile. The parties shall exchange original signatures; however, the failure to exchange original signatures shall not affect in any manner the validity of any document signed by facsimile.

DATED: Nov. 18, 2008                    ____/S/_____
                                         JEFFERSON FRAZIER, ESQ., Attorney for
                                         Plaintiff/counterdefendant RONALD J. HITCH


DATED: Nov. 18, 2008                    ____/S/_____
                                         HAROLD M. JAFFE, ESQ. Attorney for
                                         Defendant/counterclaimant VICTORIA
                                         RANDLETT

**ORDER**

IT IS SO ORDERED, that the Case Management Conference set on November 24, 2008, at 4:00 p.m., is hereby continued to January 12, 2009, at 3:00 p.m.

DATED: 11/18/2008                       _____
                                         THE HONORABLE MARILYN H. PATEL,
                                         UNITED STATES DISTRICT COURT
                                         JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel