1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125

Attorney for Defendant/Counterclaimant VICTORIA RANDLETT

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HITCH, | CASE NO. C08-01397 MHP |
| Plaintiff, | [Alameda County Superior Court Case No. RG08-370390] |
| vs. | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| VICTORIA RANDLETT, and DOES 1 through 50, inclusive, | |
| Defendants. | |
| VICTORIA RANDLETT, | |
| Counterclaimant, | |
| vs. | |
| RONALD J. HITCH, | |
| Counterdefendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the Case Management Conference set for January 12, 2009 at 3:00 p.m., be continued to a date available on the Court's calendar to January 26, 2009, or thereafter. The reason for this request is to allow the parties to memorialize a tentative settlement agreement. Therefore, we request that the Case Management Conference be continued to a date commencing with January 26, 2009, or a date thereafter.

This stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which, together, shall constitute one and the same document.

///

1  This stipulation shall be effective when signed by facsimile. The parties shall exchange
2  original signatures; however, the failure to exchange original signatures shall not affect in any
3  manner the validity of any document signed by facsimile.

6  DATED: Jan. 6, 2009           ____/S/_____
                                  JEFFERSON FRAZIER, ESQ., Attorney for
7                                 Plaintiff/counterdefendant RONALD J. HITCH

9  DATED: Jan. 6, 2009           ____/S/_____
10                                HAROLD M. JAFFE, ESQ. Attorney for
                                  Defendant/counterclaimant VICTORIA
11                                RANDLETT

13                               **ORDER**

14  IT IS SO ORDERED, that the Case Management Conference set on January 12, 2009, at 3:00
                                February 2,
15  p.m., is hereby continued to ~~January~~ ___, 2009, at _3:00_ p.m.

18  DATED: 1/7/2009              _____
19                               THE HONORABLE MARILYN H. PATEL,
                                 UNITED STATES DISTRICT COURT
                                 JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]