1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
5  Attorney for Defendant/Counterclaimant VICTORIA RANDLETT
6
7
8  **UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9
10 RONALD J. HITCH,                          CASE NO. C08-01397 MHP

11      Plaintiff,                          [Alameda County Superior Court Case No. RG08-370390]

12 vs.                                      **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
13 VICTORIA RANDLETT, and DOES 1 through 50, inclusive,

14      Defendants.
   _____/
15 VICTORIA RANDLETT,

16      Counterclaimant,

17 vs.

18 RONALD J. HITCH,

19      Counterdefendant.
   _____/
20

21      **IT IS HEREBY STIPULATED** by and between the parties that the Case Management

22 Conference set for March 2, 2009 at 4:00 p.m., be continued to April 1, 2009, or to a date available

23 on the Court's calendar, thereafter.  The reason for this request is the parties have reached a full

24 settlement and the requested extension will allow the parties to memorialize said settlement in

25 writing.  Therefore, we request that the Case Management Conference be continued to a date

26 commencing with April 1, 2009, or a date thereafter.

27      This stipulation may be executed in counterparts, each of which shall be deemed an original,

28 but all of which, together, shall constitute one and the same document.

1  This stipulation shall be effective when signed by facsimile.  The parties shall exchange
2  original signatures; however, the failure to exchange original signatures shall not affect in any
3  manner the validity of any document signed by facsimile.

6  DATED: Feb. 25, 2009                    ____/S/_____
                                            JEFFERSON FRAZIER, ESQ., Attorney for
7                                           Plaintiff/counterdefendant RONALD J. HITCH

9  DATED: Feb. 25, 2009                    ____/S/_____
10                                          HAROLD M. JAFFE, ESQ. Attorney for
                                            Defendant/counterclaimant VICTORIA
11                                          RANDLETT

13                                          **ORDER**

14  IT IS SO ORDERED, that the Case Management Conference set on March 2, 2009, at 4:00
15  p.m., is hereby continued to  April 20       , 2009, at  4:00   p m.

18  DATED:  2/26/2009_____         _____
19                                         THE HONORABLE MARILYN H. PATEL,
                                           UNITED STATES DISTRICT COURT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*