1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendant VICTORIA RANDLETT

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HITCH, | CASE NO. C08-01397 MHP |
| Plaintiff, | [Alameda County Superior Court Case No. RG08-370390] |
| vs. | |
| VICTORIA RANDLETT, and DOES 1 through 50, inclusive, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |
| VICTORIA RANDLETT, | |
| Counterclaimant, | |
| vs. | |
| RONALD J. HITCH, | |
| Counterdefendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the Case Management Conference set for April 20, 2009, at 4:00 p.m., be continued to a date available on the Court's calendar after May 4, 2009. The parties have reached a complete settlement of this action, have signed a Settlement Agreement, however, require a short period of time to execute the accompanying settlement documents.

This stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which, together, shall constitute one and the same document.

1

1     This stipulation shall be effective when signed by facsimile.  The parties shall exchange
2 original signatures; however, the failure to exchange original signatures shall not affect in any
3 manner the validity of any document signed by facsimile.

6 DATED: April 16, 2009                    /S/_____
7                                                    JEFFERSON FRAZIER, ESQ., Attorney for
                                                   Plaintiff/counterdefendant RONALD J. HITCH

9 DATED: April 16, 2009                    /S/_____
10                                                    HAROLD M. JAFFE, ESQ. Attorney for
                                                    Defendant/counterclaimant VICTORIA
11                                                     RANDLETT

13                                           **ORDER**

14     IT IS SO ORDERED, that the Case Management Conference set on April 20, 2009, at 4:00
15 p.m., is hereby continued to May _18_, 2009, at _4:00_ p_m.

18 DATED: _4/20/2009_____

THE HONORABLE MARILYN H. PATEL,
JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel