```
1  LAW OFFICE OF JEFFERSON FRAZIER
   JEFFERSON FRAZIER          SBN 40803
2  3824 GRAND AVENUE, SUITE 200
   OAKLAND, CA 94610
3  Tel: 510 763 4400
   Fax: 510 763 4420
4
   ATTORNEY FOR CLAIMANT AND COUNTER-
5  DEFENDANT RONALD J. HITCH
```

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HITCH,<br><br>　　　Plaintiff,<br><br>v.<br><br>VICTORIA RANDLETT, and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | CASE NO. C08-01397 MHP<br><br>(Alameda County Superior Ct. RG08-370390)<br><br>**STIPULATION AND ORDER DISMISSING CLAIM AND COUNTERCLAIM WITH PREJUDICE** |
| VICTORIA RANDLETT,<br><br>　　　Counterclaimant,<br><br>v.<br><br>RONALD J. HITCH,<br><br>　　　Counterdefendant. | |

　　　The parties to the above-entitled action having settled their disputes in this lawsuit, through their respective attorneys

STIPULATION AND ORDER OF DISMISSAL　　　1

1  hereby stipulate that the Court enter its order dismissing the
2  above-entitled Claim and Counterclaim with prejudice.
3      The stipulation shall be effective when signed by facsimile.
4  The parties shall exchange original signatures, provided however,
5  that the failure to exchange original signatures shall not affect
6  in any manner the validity of any document signed by facsimile.

8  Dated: May 11, 2009           LAW OFFICE OF JEFFERSON FRAZIER
9                                By: _____
10                                   JEFFERSON FRAZIER
                                     Attorney for Plaintiff and
11                                   Claimant RONALD J. HITCH

13  Dated: May 26, 2009           _____
14                                Harold J. Jaffe
                                  Attorney for Defendant and
15                                Counterclaimant VICTORIA RANDLETT

### ORDER

The above stipulation is approved, and the Claim and Counterclaim are hereby dismissed with prejudice.

Dated: 5/27/2009

Hon. _____
Judge



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND ORDER OF DISMISSAL          2